**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

SALVADOR SANCHEZ and
MIGUEL SANCHEZ,

        Plaintiffs,

-vs-                                 Case No.  6:07-cv-0701-Orl-31GJK

JCI PAINTING, CORP. and
JORGE IBARRA

        Defendants
and

SUNTRUST BANK,

        Garnishee.
_____

## REPORT AND RECOMMENDATION

**TO THE UNITED STATES DISTRICT COURT**

This cause came on for consideration without oral argument on the following motion:

| | |
|---|---|
| **MOTION:** | **PLAINTIFFS' MOTION FOR WRIT OF GARNISHMENT AFTER JUDGMENT AGAINST DEFENDANT, JCI PAINTING, CORP.  (Doc. No. 42)** |
| **FILED:** | **August 29, 2008** |

**THEREON** it is **RECOMMENDED** that the motion be **GRANTED**.

Based upon the papers filed by Plaintiffs, it appears that Plaintiffs are entitled to issuance of a Writ of Garnishment directed to Garnishee, Suntrust Bank.  If this recommendation is adopted by the Court, the Clerk should be directed to issue the writ.

Failure to file written objections to the proposed findings and recommendations contained in this report within ten (10) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Recommended in Orlando, Florida on September 11, 2008.

_____
GREGORY J. KELLY
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Presiding District Judge
Counsel of Record
Unrepresented Party
Courtroom Deputy