# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**SALVADOR SANCHEZ and MIGUEL SANCHEZ,**

       **Plaintiffs,**

**-vs-**　　　　　　　　　　　　　　　　　　**Case No. 6:07-cv-701-Orl-31GJK**

**JCI PAINTING, CORP. and JORGE IBARRA,**

       **Defendants.**

_____

## ORDER

This cause comes before the Court on Plaintiffs' Motion for Writ of Garnishment After Judgment Against Defendant JCI Painting, Corp. (Doc. No. 42) filed August 29, 2008.

On September 11, 2008, the United States Magistrate Judge issued a report (Doc. No. 43) recommending that the motion be granted. No objections have been filed. Therefore, it is

**ORDERED** as follows:

1. The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2. The Plaintiffs' Motion for Writ of Garnishment After Judgment Against Defendant JCI Painting, Corp. Is GRANTED. The writ shall issue in the total amount of $50,000.00.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on 30th day of September, 2008.

Copies furnished to:

United States Magistrate Judge  
Counsel of Record  
Unrepresented Party

GREGORY A. PRESNELL  
UNITED STATES DISTRICT JUDGE